IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, INC. ("LUPE"); LIONEL LOPEZ; ISABEL ARAIZA; ARLENE LIRA EASTER; ALICIA BENAVIDEZ; ANDRES ROSAS; LENA LORRAINE LOZANO SOLIS; and CARMEN RODRIGUEZ, Plaintiffs, v. STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas; and ROLANDO PABLOS, in his official capacity as Texas Secretary of State, Defendants. | Civil Action No. 2:16-cv-00303 |

United States Courts
Southern District of Texas
FILED

FEB 12 2018

David J. Bradley, Clerk of Court

## DEFENDANTS' EXHIBIT LIST

Defendants State of Texas, Greg Abbott, in his official capacity as Governor of Texas, and Rolando Pablos, in his official capacity as Texas Secretary of State, hereby submit their initial list of trial exhibits. Defendants reserve the right to supplement or amend this exhibit list to add, substitute, or withdraw documents, to the extent such changes become necessary. Defendants also reserve the right to offer into evidence any documents identified on a joint exhibit list of the parties or on any exhibit lists submitted by Plaintiffs.

Defendants expect to offer the following documents at trial:

| PRESIDING JUDGE Hon. Nelva Gonzales Ramos, U.S. District Judge | PLAINTIFFS' ATTORNEY Neil Steiner | DEFENDANTS' ATTORNEY Patrick K. Sweeten |
|---|---|---|
| TRIAL DATES 2/12/2018 - | COURT REPORTER | COURTROOM DEPUTY |

| No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 1 | ✓ | ✓ | 2/12/18 | Texas Supreme Court, Biographical Information of Current Justices (as of Feb. 15, 2017) (Easter Dep. Ex. 47) |
| 2 | | | | Texas Court of Criminal Appeals, Biographical Information of Current Judges (as of Feb. 15, 2017) (Easter Dep. Ex. 48) |
| 3 | | | | Texas Supreme Court, Court History: Justices Since 1945 (as of Nov. 2, 2017) (Yanez Dep. Ex. 10) |
| 4 | | | | Texas Office of the Secretary of State, 2016 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 20) |
| 5 | | | | Texas Office of the Secretary of State, 2016 Republican Party Primary Election Results, Statewide Excerpts |
| 6 | | | | Texas Office of the Secretary of State, 2014 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 19) |
| 7 | | | | Texas Office of the Secretary of State, 2012 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 18) |
| 8 | | | | Texas Office of the Secretary of State, 2010 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 17) |
| 9 | | | | Texas Office of the Secretary of State, 2008 General Election Results, Statewide Excerpts (Yanez Dep. Ex. 5) |
| 10 | | | | Texas Office of the Secretary of State, 2008 Democratic Party Primary Election Results, Statewide Excerpts (Yanez Dep. Ex. 4) |
| 11 | ✓ | ✓ | 2/12/18 | Texas Office of the Secretary of State, 2006 General Election Results, Statewide Excerpts |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | | ✓ | | ✓ | 2/12/18 | Texas Office of the Secretary of State, 2004 General Election Results, Statewide Excerpts (Yanez Dep. Ex. 15) |
| 13 | | | | | | Texas Office of the Secretary of State, 2002 General Election Results, Statewide Excerpts (Yanez Dep. Ex. 2) |
| 14 | | | | | | Texas Office of the Secretary of State, 2002 Democratic Party Primary Election Results, Statewide Excerpts (Yanez Dep. Ex. 1) |
| 15 | | | | | | Texas Office of the Secretary of State, 2000 General Election Results, Statewide Excerpts |
| 16 | | | | | | Texas Office of the Secretary of State, 1998 General Election Results, Statewide Excerpts |
| 17 | | | | | | Texas Office of the Secretary of State, 1996 General Election Results, Statewide Excerpts |
| 18 | | | | | | Texas Office of the Secretary of State, 1994 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 16) |
| 19 | | | | | | Texas Office of the Secretary of State, 1992 General Election Results, Statewide Excerpts (Araiza Dep. Ex. 15) |
| 20 | | | | | | Texas Office of the Secretary of State, 1992 Democratic Party Primary Election Results, Statewide Excerpts (Solis Dep. Ex. 2) |
| 21 | | | | | | Excerpts from the Texas Almanac for the years 1966-1967 through 1992-1993 |
| 22 | | | | | | Summary Chart of Texas Supreme Court Justices by Party Affiliation, 1970-2017 |
| 23 | | | | | | Summary Chart of Texas Court of Criminal Appeals Judges by Party Affiliation, 1970-2017 |
| 24 | | | | | | John R. Alford Curriculum Vitae |
| 25 | | ✓ | ✓ | | 2/12/18 | Table 1 to Expert Report of John R. Alford, Ph.D., Election Analysis – Democratic Candidates – 2002-2016 Supreme Court and Court of Criminal Appeals |

| | | | | | |
|---|---|---|---|---|---|
| 26 | ✓ | | ✓ | 2/12/18 | Table 2 to Expert Report of John R. Alford, Ph.D., Election Analysis – Republican Candidates – 2002-2016 Supreme Court and Court of Criminal Appeals |
| 27 | | | | | Table 3 to Expert Report of John R. Alford, Ph.D., Election Analysis – Primaries – 2002-2016 Supreme Court and Court of Criminal Appeals |
| 28 | ~~Withdrawn~~ | | | | EI Estimation Output for Expert Report of John R. Alford, Ph.D. (Alford Dep. Ex. 5) |
| 29 | | | | | Michael S. Ariens Curriculum Vitae |
| 30 | | | | | Ronald E. Weber Curriculum Vitae |
| 31 | | | | | State Bar of Texas, Racial/Ethnic Minority Attorneys: Attorney Statistical Profile (2016-17) (TEX000001–TEX000004) |
| 32 | | | | | State Bar of Texas, 2016 Population Trends of Racial/Ethnic Minorities in the State Bar of Texas (TEX000005–TEX000010) |
| 33 | | | | | State Bar of Texas, Hispanic/Latino Attorneys by Years Licensed (2016-17) (TEX000035) |
| 34 | | | | | Affidavit of Cory Squires regarding State Bar of Texas materials (Oct. 31, 2017) |
| 35 | | | | | U.S. Department of Justice, Number of VRA Section 5 Submissions, by State and Calendar Year, 1990-2012 (Feb. 10, 2014) |
| 36 | | | | | U.S. Department of Justice, Number of VRA Section 5 Submissions, by State and Calendar Year, 1980-1989 (Feb. 10, 2014) |
| 37 | ✓ | | ✓ | 2/12/18 | U.S. Department of Justice, Number of VRA Section 5 Submissions to Which Objections Have Been Interposed, by State and Calendar Year, 1990-2012 (Feb. 10, 2014) |

| 38 | ✓ | ✓ | 2/12/18 | U.S. Department of Justice, Number of VRA Section 5 Submissions to Which Objections Have Been Interposed, by State and Calendar Year, 1980-1989 (Feb. 10, 2014) |
|---|---|---|---|---|
| 39 | | | | U.S. Department of Justice, Summary Information Regarding VRA Section 5 Objections to Submissions of State of Texas and its Political Subdivisions, 1975-2013 |
| 40 | | | | Texas Election Source, By the Numbers: 2016 General Election (Nov. 10, 2016) |
| 41 | | | | Texas Constitution, Article V (current version) |
| 42 | | | | Texas Supreme Court and Court of Criminal Appeals Appointments from 1996 to 2016 |
| 43 | ✓ | ✓ | 2/12/18 | Winners of Texas Supreme Court and Court of Criminal Appeals Races Since 1976 |

Defendants offer the following exhibits—the reports of their designated testifying experts—subject to Defendants' objection that the parties' expert reports are inadmissible hearsay. Defendants thus seek the admission of their expert reports *only if* the Court overrules Defendants' objection and admits Plaintiffs' expert reports.

| No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 101 | Obj | | | Expert Report of John R. Alford, Ph.D. (Sept. 18, 2017) |
| 102 | Obj | | | Expert Report of Michael S. Ariens (Sept. 18, 2017) |
| 103 | Obj | | | Expert Report of Ronald E. Weber (Sept. 18, 2017) |

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN
Attorney-in-Charge
Senior Counsel for Civil Litigation
Tx. State Bar No. 00798537
Southern District of Texas No. 1829509
Tel.: (512) 463-4139; Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov

ADAM N. BITTER
Assistant Attorney General
General Litigation Division
Tx. State Bar No. 24085070
Southern District of Texas No. 2167538
Tel.: (512) 475-4055; Fax: (512) 320-0667
adam.bitter@oag.texas.gov

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
Tel.: (512) 936-2266; Fax: (512) 936-0545
todd.disher@oag.texas.gov

P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Defendants*