United States District Court
Southern District of Texas
**ENTERED**
November 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL LOPEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-303 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law (D.E. 109), the Court enters final judgment that Plaintiffs take nothing by their claims and this action is dismissed with prejudice.

ORDERED this 5th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE